**·C. Murray HENDERSON, Warden, Louisi-
ana State Penitentiary, et al.**

No. 52258.

March 22, 1972.

 The showing made does not. warrant the exercise of this Court's supervisory jurisdiction.

259 So.2d 72

**STATE of Louisiana ex rel.
James CHANNELL**

**v.**

**C. Murray HENDERSON, Warden, Louisi-
ana State Penitentiary, et al.**

No. 52264.

March 22, 1972.

 The showing made does not warrant the exercise of our original or supervisory jurisdiction.

259 So.2d 73

**STATE of Louisiana ex rel. Joseph
SOLOMON (Solmom), Jr.**

**v.**

**C. Murray HENDERSON, Warden, Louisi-
ana State Penitentiary, et al.**

No. 52265.

March 22, 1972.

 The showing made does not warrant the exercise of this Court's supervisory jurisdiction.

259 So.2d 73

**STATE of Louisiana ex rel.
Dennis COMBS**

**v.**

**C. Murray HENDERSON, Warden, Louisi-
ana State Penitentiary, et al.**

No. 52271.

March 22, 1972.

" Applicant's complaints are not supported by the transcript of the trial proceedings.